559 A.2d 504

**In Re: COMMONWEALTH of Pennsylvania**

v.

**Joseph MLINARICH.**

Supreme Court of Pennsylvania.

May 23, 1989.

"PER CURIAM:

AND NOW, this 23rd day of May, 1989, the Petition for Reargument is denied.

Mr. Justice Larsen and Mr. Justice Papadakos would grant reargument."